Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Quentell Royal,       
Appellant.
 
 
 

Appeal From Horry County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2003-UP-395
Submitted April 18, 2003  Filed June 
 12, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Attorney Deputy  General Charles H. Richardson, 
 of Columbia; John Gregory Hembree, of Conway; for Respondent.
 
 
 

PER CURIAM:  Appellant, Quentell Royal, 
 was indicted for and found guilty of criminal sexual conduct in the second degree.  
 The trial judge sentenced Royal to six years imprisonment.  We dismiss pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ., concur.